RG
7-27-20



**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jordan Michael LEON<br><br>Defendant. | Case No.: **20MJ9511**<br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about June 20, 2020, within the Southern District of California, defendant, Jordan Michael LEON, did knowingly and intentionally import, to wit: approximately 207.07 grams (.456 pounds) of a mixture and substance containing a detectable mount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts, incorporated herein by reference.

Special Agent Justin Doucet
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 27th day of July, 2020.

HON. RUTH BERMUDEZ MONTENEGRO
U. S. MAGISTRATE JUDGE

2

UNIED STATES OF AMERICA
      v.

Jordan Michael LEON

**STATEMENT OF FACTS**

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to Homeland Security Investigations Special Agent Justin Doucet.

On June 20, 2020, at approximately 11:00 a.m., Jordan Michael LEON (LEON), a United States citizen, applied for entry into the United States from Mexico through the Calexico, California West Port of Entry pedestrian lanes.

A Customs and Border Protection Officer ("CBPO") encountered LEON during primary inspection. During the encounter, LEON was displaying signs of intoxication other than liquor. LEON was taken to a holding cell where a pat down was conducted. An object was felt on LEON's groin area. Thereafter, a Canine Enforcement Team was requested. The Human/Narcotic Detection Dog alerted to LEON's body. LEON was referred to the pedestrian secondary inspection area.

Once in a pedestrian secondary inspection private room, a search of LEON's body resulted in the discovery of a package in LEON's groin area with a total approximate weight of 207.07 grams (.456 pounds). A sample of the substance contained within the package field tested positive for the properties of methamphetamine.

LEON was placed under arrest and advised of his rights per Miranda. LEON acknowledged his rights and agreed to answer questions without an attorney present.

LEON admitted that when he was in Mexicali, Mexico, he decided to purchase methamphetamine since it is much cheaper in Mexico. LEON stated he is not a dealer but admitted he uses methamphetamine every day.

LEON was placed under arrested for violation of Title 21 U.S.C §§ 952 and 960, Importation of Controlled Substance and issued a Notice to Appear dated October 22, 2020 at 8:00 a.m.