# Bernadette-Jane Borja

| | |
|---|---|
| **From:** | Scott, Andrea (USMS) <on behalf of CAS Releases |
| **To:** | Bernadette-Jane Borja |
| **Sent:** | Wednesday, June 30, 2021 2:39 PM |
| **Subject:** | Read: Abstract _ 20CR3331 Leon |

Your message

  To: CAS Releases
  Subject: Abstract _ 20CR3331 Leon
  Sent: Wednesday, June 30, 2021 2:36:54 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Wednesday, June 30, 2021 2:39:12 PM (UTC-08:00) Pacific Time (US & Canada).